DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. HOOD

No. 173 PC.

Case below: 33 N.C. App. 404.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1977.

STATE v. HUGGINS

No. 148 PC.

Case below: 33 N.C. App. 240.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1977.

STATE v. HYDE

No. 176 PC.

Case below: 33 N.C. App. 636.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1977.

STATE v. MIDDLEBROOKS

No. 168 PC.

Case below: 33 N.C. App. 239.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 14 July 1977.

STATE v. MOSLEY

No. 177 PC.

Case below: 33 N.C. App. 337.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1977.